Kevin BRASEL *v.* STATE of Arkansas

CR 01-1014                                    57 S.W.3d 691

Supreme Court of Arkansas
Opinion delivered October 11, 2001

*Dale W. Finley*, for appellant.

No response.

PER CURIAM. Appellant Kevin Brasel, by and through his attorney, has filed a motion for rule on clerk. His attorney, Dale W. Finley, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.